UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOCIAL POSITIONING INPUT
SYSTEMS, LLC,

              Plaintiff,

    v.

TRULITE TRACE, INC.,

              Defendant.

Case No. 20-cv-07362-WHO

**ORDER OF DISMISSAL UPON
SETTLEMENT**

Re: Dkt. No. 35

The parties to the action, by and through their counsel, have advised the court that they have

agreed to a settlement.  IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any

hearings scheduled in this matter are VACATED.  It is further ordered that if any party certifies to this

Court, with proper notice to opposing counsel within sixty (60) days from the date below, that

settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the

calendar for further proceedings.

     **IT IS SO ORDERED**.

Dated: March 24, 2021

WILLIAM H. ORRICK
United States District Judge